# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:   1:10-cv-08126

DYSON, INC., Plaintiff.                                                                                 Hon. Samuel Der-Yerghiayan

vs.

BISSELL HOMECARE, INC., Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendant, BISSELL HOMECARE, INC.

| | |
|---|---|
| NAME (Type or print)<br>Ashly A. Iacullo | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/Ashly A. Iacullo | |
| FIRM  Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP | |
| STREET ADDRESS  311 South Wacker Drive, Suite 5000 | |
| CITY/STATE/ZIP  Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6289801 | TELEPHONE NUMBER  312-554-7987 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br> RETAINED COUNSEL                       APPOINTED COUNSEL | |