**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DYSON, INC., | ) | |
| | ) | Case No. 10-cv-08126 |
| Plaintiff, | ) | |
| | ) | Judge Samuel Der-Yeghiayan |
| v. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| BISSELL HOMECARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR AN**
**EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Bissell Homecare, Inc., hereby moves for an extension of time pursuant to

Fed. R. Civ. P. 6(b) to respond to Plaintiff Dyson, Inc.'s Complaint.   In support of its Motion,

Bissell state as follows:

1.       On Thursday, December 23, 2010, Dyson served Bissell with its Complaint,

which was filed on December 22.  A responsive pleading is due on or before January 13, 2011.


2.       On Thursday, January 6, 2011, Bissell interviewed the undersigned counsel for

possible retention in this case.


3.       On Friday, January 7, 2011, Bissell retained the undersigned counsel.


4.       On Monday, January 10, 2011, Bissell's counsel asked Dyson's counsel to consent

to an extension of time to answer or otherwise plead through February 3, 2011.  Dyson's counsel

would only consent to a 10 day extension, which is insufficient time for Defendant to respond.

#354764v2

5.      Since being retained, the undersigned counsel has diligently gathered the information necessary to respond appropriately to the Complaint.  However, four business days are insufficient to prepare an appropriate responsive pleading given the factual complexity of the allegations in the Complaint.  Bissell requires additional time.

6.      These facts constitute good cause under Fed. R. Civ. P. 6(b) for extending the time to file a responsive pleading.

7.      Additionally, this Court issued an order on January 7, 2011 setting the deadline for the parties to submit their joint status report to the Court on or before January 21, 2011.  In light of Defendant's request for additional time to respond, Defendants request that the parties' deadline to submit the joint status report be re-set to February 17, 2011.

WHEREFORE, Bissell request that the Court enter an order extending their time to file a responsive pleading to Dyson's Complaint to February 3, 2011.

Dated:  January 10, 2011                          Respectfully submitted,

                                                 PATTISHALL, McAULIFFE, NEWBURY,
                                                 HILLIARD & GERALDSON LLP

                                          By:    /s/ Ashly Iacullo
                                                 David C. Hilliard (IL Bar No. 1217496)
                                                 Uli Widmaier (IL Bar No. 6226366)
                                                 Ashly A. Iacullo (IL Bar No. 6289801)
                                                 311 South Wacker Drive
                                                 Suite 5000
                                                 Chicago, Illinois 60606
                                                 Telephone: (312) 554-8000
                                                 Facsimile:  (312) 554-8015

                                                 *Attorneys for Defendant, Bissell Homecare, Inc.*