**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DYSON, INC., | |
|     Plaintiff, | Case No. 10-cv-8126 |
|     v. | Judge Samuel Der-Yeghiayan |
| BISSELL HOMECARE, INC., | Magistrate Judge Maria Valdez |
|     Defendant. | |

## NOTICE OF MOTION

TO:  Catherine J. Spector, Esq.         Brendan J. O'Rourke, Esq.
       Steven Ross Gilford, Esq.         Dolores Francesca Dibella, Esq.
       PROSKAUER ROSE LLP               Lawrence I. Weinstein, Esq.
       70 West Madison Street            PROSKAUER ROSE LLP
       Suite 3800                        1585 Broadway
       Chicago, Illinois 60602-4342      New York, New York 10036

PLEASE TAKE NOTICE that on January 13, 2011, at 9:00 a.m., the parties will appear before the Honorable Judge Samuel Der-Yeghiayan, or the presiding judge sitting in his stead, in Courtroom 1903 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and will present **DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached and hereby served upon you.

Dated: January 10, 2011

                                           Respectfully submitted,

                                           PATTISHALL, McAULIFFE, NEWBURY,
                                           HILLIARD & GERALDSON LLP

                                           By: /s/ Ashly Iacullo
                                                David C. Hilliard
                                                Uli Widmaier
                                                Ashly A. Iacullo
                                                311 South Wacker Drive, Suite 5000
                                                Chicago, Illinois 60606
                                                (312) 554-8000

                                           *Attorneys for Defendant, Bissell Homecare, Inc.*

-2-

## CERTIFICATE OF SERVICE

    I, Ashly A. Iacullo, hereby certify that a copy of the foregoing NOTICE OF MOTION and DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD were served on the following:

| | |
|---|---|
| Catherine J. Spector, Esq. | Brendan J. O'Rourke |
| Steven Ross Gilford, Esq. | Dolores Francesca Dibella |
| PROSKAUER ROSE LLP | Lawrence I Weinstein |
| 70 West Madison Street | PROSKAUER ROSE LLP |
| Suite 3800 | 1585 Broadway |
| Chicago, Illinois 60602-4342 | New York, NY 10036 |

on January 10, 2011 via first class mail, postage prepaid.

                                                            /s/ Ashly Iacullo