

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Brendan J. O'Rourke

FIRM: Proskauer Rose LLP

**NEW ADDRESS EFFECTIVE JANUARY 18, 2011**

STREET ADDRESS: Eleven Times Square

CITY/STATE/ZIP:  New York, NY 10036

PHONE NUMBER: 212-969-3000

E-MAIL ADDRESS:  borourke@proskauer.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): N/A

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:10-cv-08126 | Dyson, Inc. v. Bissell Homecare, Inc. | Der-Yeghiayan, J. |

_____s/ Brendan J. O'Rourke_____            _____1/11/2011_____
Attorney's Signature                                                       Date