### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DYSON, INC., | : |
| | : |
| | : Case No. 10-cv-08126 |
| Plaintiff, | : |
| | : Judge Samuel Der-Yeghiayan |
| v. | : |
| | : Magistrate Judge Maria Valdez |
| BISSELL HOMECARE, INC., | : |
| | : |
| | : |
| Defendant. | : |

## **LOCAL RULE 16.3(b) ATTORNEY CERTIFICATION**

I am one of the attorneys of record for Plaintiff Dyson, Inc. Pursuant to Local Rule 16.3(b), I hereby certify that I have provided a copy of the letter and enclosures I received from the Clerk of the Court regarding the Court's voluntary Lanham Act mediation program to Dyson, Inc., and to the counsel for Defendant Bissell Homecare, Inc.

Dated: January 12, 2011

Respectfully submitted,

By: _____/s/ Dolores F. DiBella_____

Steven R. Gilford (IL Bar No. 3121730)
Catherine J. Spector (IL Bar No. 6287459)
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison, Ste. 3800
Chicago, Illinois 60602-4342
Telephone (312) 962-3507
(312) 962-3550
Facsimile (312) 962-3551
Email: sgilford@proskauer.com
Email: cspector@proskauer.com

*-and-*

- 2 -

        Lawrence I. Weinstein (*admitted pro hac vice*)
        Brendan J. O'Rourke (*admitted pro hac vice*)
        Dolores F. DiBella (*admitted pro hac vice*)
        PROSKAUER ROSE LLP
        1585 Broadway
        New York, New York 10036
        Telephone (212) 969-3000
        Facsimile (212) 969-2900
        Email: lweinstein@proskauer.com
        Email: borourke@proskauer.com
        Email: ddibella@proskauer.com
        *Attorneys for Plaintiff Dyson, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I, Dolores DiBella, do hereby certify that I have caused a true and correct copy of the foregoing to be served to the following attorneys, today January 12, 2011, by operation of the Court's CM/ECF electronic filing system:

>David C. Hilliard
>Hans Ulrich Widmaier
>Ashly A. Iacullo
>Pattishall, McAuliffe, Newbury, Hillard & Geraldson, LLP
>311 South Wacker Drive, Suite 5000
>Chicago, Illinois 60606
>Telephone: (312) 554-8000
>Facsimile: (312) 554-8015
>*Attorneys for Defendant, Bissell Homecare, Inc.*

By:    */s/ Dolores F. DiBella*
       Dolores F. DiBella