**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Dyson, Inc.
                            Plaintiff,

v.                                          Case No.: 1:10–cv–08126
                                                       Honorable Samuel Der–Yeghiayan

Bissell Homecare, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 12, 2011:

      MINUTE entry before Honorable Samuel Der–Yeghiayan: Defendant's motion for extension of time to answer or otherwise plead [16] is granted to and including 02/03/11. Joint Initial Status Reports shall be filed by 02/17/11. Status hearing reset to 02/24/11 at 9:00 a.m. Noticed motion date of 01/13/11 and status hearing date of 01/25/11 are stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.