UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>BISSELL HOMECARE, INC.,<br><br>      Defendant. | Case No. 10-cv-8126<br><br>Judge Samuel Der-Yeghiayan<br>Magistrate Judge Maria Valdez |

### NOTICE OF FILING

TO:    Catherine J. Spector, Esq.                      Brendan J. O'Rourke, Esq.
          Steven Ross Gilford, Esq.                      Dolores Francesca Dibella, Esq.
          PROSKAUER ROSE LLP                   Lawrence I. Weinstein, Esq.
          70 West Madison Street                       PROSKAUER ROSE LLP
          Suite 3800                                             Eleven Times Square
          Chicago, Illinois 60602-4342               New York, New York 10036

       PLEASE TAKE NOTICE that on February 3, 2011, Defendant, BISSELL Homecare, Inc. filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT BISSELL HOMECARE, INC'S, ANSWER AND AFFIRMATIVE DEFENSES TO DYSON, INC.'S COMPLAINT**, a copy of which is attached hereto and is hereby served upon you.

Dated: February 3, 2011

                                          Respectfully submitted,

                                          PATTISHALL, McAULIFFE, NEWBURY,
                                          HILLIARD & GERALDSON LLP

                                          By: /s/ Ashly Iacullo
                                               David C. Hilliard
                                               Uli Widmaier
                                               Ashly A. Iacullo
                                               311 South Wacker Drive, Suite 5000
                                               Chicago, Illinois 60606
                                               (312) 554-8000

                                        *Attorneys for Defendant, BISSELL Homecare, Inc.*

-2-

## CERTIFICATE OF SERVICE

I, Ashly A. Iacullo, hereby certify that a copy of the foregoing **NOTICE OF FILING** and **DEFENDANT BISSELL HOMECARE, INC'S, ANSWER AND AFFIRMATIVE DEFENSES TO DYSON, INC.'S COMPLAINT** were served electronically via the Court's CM/ECF system this 3rd day of February, 2011, and by first class mail, postage prepaid, on February 4, 2011, upon the following parties:

| | |
|---|---|
| Catherine J. Spector, Esq. | Brendan J. O'Rourke |
| Steven Ross Gilford, Esq. | Dolores Francesca Dibella |
| PROSKAUER ROSE LLP | Lawrence I Weinstein |
| 70 West Madison Street | PROSKAUER ROSE LLP |
| Suite 3800 | Eleven Times Square |
| Chicago, Illinois 60602-4342 | New York, NY 10036 |

/s/ Ashly Iacullo