WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

**Reset Form**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**FILED - GR**
July 30, 2008 4:22 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __rmw____/_____

BISSELL HOMECARE, INC.

Plaintiff(s),

Case No.

v.

**1:08-cv-724**

TTI FLOOR CARE NORTH AMERICA

**Robert J. Jonker**
**U.S. District Judge**

Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure:

BISSELL HOMECARE, INC.
(Party Name)

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☑ Yes ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   Bissell, Inc.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: July 30, 2008

_____
(Signature)
Daniel R. Gravelyn (P40306)
Barnes & Thornburg LLP
300 Ottawa Avenue NW, Ste 500
Grand Rapids, Michigan 49503
(616) 742-3930