# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DYSON, INC., ) | |
| ) | Case No. 10-cv-08126 |
| Plaintiff, ) | |
| ) | Judge Samuel Der-Yeghiayan |
| v. ) | |
| ) | Magistrate Judge Maria Valdez |
| BISSELL HOMECARE, INC., ) | |
| ) | |
| Defendant. ) | |

## **DEFENDANTS' NOTIFICATION AS TO AFFILIATES DISCLOSURE STATEMENT**

Defendant, BISSELL Homecare, Inc., submits this Disclosure Statement providing notification to the Court of its affiliates pursuant to Federal Rule 7.1 and Local Rule 3.2.

BISSELL Homecare, Inc. is a privately held corporation with a principal place of business at 2345 Walker Avenue, NW, Grand Rapids, Michigan 49544. BISSELL Homecare, Inc.'s parent is BISSELL, Inc.

No entity other than BISSELL, Inc. owns more than a 5% interest in BISSELL Homecare, Inc.

-2-

Dated: February 3, 2011

Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP

By: _____/Uli Widmaier/_____
David C. Hilliard (IL Bar No. 1217496)
Uli Widmaier (IL Bar No. 6226366)
Ashly A. Iacullo (IL Bar No. 6289801)
311 South Wacker Drive
Suite 5000
Chicago, Illinois 60606
Telephone: (312) 554-8000
Facsimile: (312) 554-8015

Attorneys for Defendant, BISSELL Homecare, Inc.