# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DYSON, INC. | Case Number: 10 Civ. 08126 |
| Plaintiff | Assigned Judge: Judge Samuel Der-Yeghiayan |
| vs. | |
| BISSELL HOMECARE, INC. | Designated Magistrate Judge: Magistrate Judge Maria Valdez |
| Defendant | |

## JOINT STATEMENT REGARDING PARTICIPATION IN THE VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES

Pursuant to Section V.A. of the procedures for the voluntary mediation program, the undersigned parties hereby file this joint statement concerning their participation in the program.

[X] A. The undersigned will participate in the Court's mediation program.

[ ] B. The undersigned will not participate in the Court's mediation program because not all parties agree to take part in the program.

[ ] C. The undersigned will not participate in the Court's mediation program for the reasons described in the attached statement

[ ] D. The undersigned will participate in another mediation program. (Note: A brief statement detailing the nature of the program must be attached)

_____  _____
Signature of Plaintiff's Counsel   Signature of Defendant's Counsel

2/23/11                           2/23/2011
Date                              Date

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 23rd day of February, 2011.

                                                /s/ Brendan J. O'Rourke
                                                Brendan J. O'Rourke
                                                *Attorney for Plaintiff Dyson, Inc.*