# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Dyson, Inc.

                     Plaintiff,

v.                                       Case No.: 1:10–cv–08126
                                           Honorable Samuel Der–Yeghiayan

Bissell Homecare, Inc.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 24, 2011:

       MINUTE entry before Honorable Samuel Der–Yeghiayan:Status hearing held and continued to 03/17/11 at 9:00 a.m. As stated on the record, counsel will meet and confer regarding mediation. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.