Dyson, Inc.
                    Plaintiff,

v.
                                                  Case No.: 1:10–cv–08126
                                                  Honorable Samuel Der–Yeghiayan

Bissell Homecare, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 17, 2011:

      MINUTE entry before Honorable Samuel Der–Yeghiayan: Status hearing held and continued to 02/23/12 at 9:00 a.m. As stated on the record, the parties to file a brief joint memorandum addressing jurisdiction. Fact discovery to be completed by 10/28/11. Expert disclosures and reports to be served by 12/16/11. Expert rebuttal reports to be served by 01/23/12. All expert discovery to be noticed in time to be completed by 03/09/12. Dispositive motions are to be filed by 03/23/12. Responses to dispositive motions, if any, are to be filed by 04/13/12 and replies are to be filed by 04/27/12. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.