**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DYSON, INC., | ) | Case No. 10-cv-08126 |
| Plaintiff, | ) | Judge Samuel Der-Yeghiayan |
| v. | ) | Magistrate Judge Maria Valdez |
| BISSELL HOMECARE, INC., | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO: Counsel of record as indicated on the Certificate of Service

PLEASE TAKE NOTICE that on Tuesday, May 3, 2011 at 9:00 AM, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Samuel Der-Yeghiayan or any other judge sitting in his stead in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Room 1903, Chicago Illinois, and shall then and there present **DYSON'S MOTION TO COMPEL BISSELL PURSUANT TO RULE 37 OF THE FEDERAL RULES OF CIVIL PROCEDURE**, a copy of which is attached hereto, and hereby served upon you.

///

DATED this 28th day of April, 2011.

          Respectfully submitted,

          KIRKLAND & ELLIS LLP

          By:  /s/ *David K. Callahan, P.C.*

          David K. Callahan, P.C. (IL Bar No. 6206671)
          300 North LaSalle Street
          Chicago, Illinois 60654
          Telephone:  (312) 862-2000
          Facsimile:  (312) 862-2200

          *Attorneys for Plaintiff, Dyson, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was served via the Court's Electronic Case Filing System pursuant to Local Rule 5.9 on April 28, 2011 to the following counsel of record:

> David C. Hilliard
> Uli Widmaier
> Ashly A. Iacullo
> PATTISHALL, McAULIFFE, NEWBURY,
> HILLIARD & GERALDSON LLP
> 311 South Wacker Drive
> Suite 5000
> Chicago, Illinois 60606

*/s/ David K. Callahan, P.C.*