IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> BISSELL HOMECARE, INC., <br><br> Defendant. | Case No. 10 Civ. 08126 <br><br> Judge Samuel Der-Yeghiayan <br><br> Magistrate Judge Maria Valdez <br><br> **JURY TRIAL DEMANDED** |

## JOINT MEMORANDUM REGARDING JURISDICTION

Pursuant to the Court's Order of March 17, 2011, the parties hereby jointly submit the following memorandum regarding the Court's jurisdiction over this case.

On December 27, 2006, Dyson, Inc. and BISSELL Homecare, Inc. entered into an agreement (the "Agreement") containing a covenant not to sue and an arbitration clause. (*See* Ex. A at §§ 2-4).

On December 22, 2010, Dyson filed this case. On February 3, 2011, BISSELL filed its Answer. On February 17, 2011, the parties filed a Joint Jurisdictional Status Report in this matter, consenting to this Court's jurisdiction.

BISSELL and Dyson have waived the right to seek arbitration in this case. Therefore, this Court has subject matter jurisdiction over the claims at issue in this case. *See Automobile Mechanics Local 79 Welfare and Pension Funds v. Vanguard Car Rental USA, Inc.*, 502 F.3d 740,743 (7th Cir. 2007) ("Enforcement of a forum selection clause (including an arbitration clause) is not jurisdictional; it is a waivable defense that Vanguard, in fact, waived"); *Gabanelli*

*Accordions & Imports, L.L.C., v. Ditta Gabanelli Ubaldo Di Elio Gabbanelli*, 575 F.3d 693, 695 (7th Cir. 2009) ("The issue of the effect of the arbitration clause on the present lawsuit is . . . not jurisdictional").

The parties disagree about whether they have waived the covenant not to sue contained in the Agreement. (*See* Ex. A at § 2). Dyson believes that the parties have waived the covenant not to sue. *See Will v. Will Prods., Inc.*, 441 N.E. 2d 343, 346 (Ill. App. Ct. 1982). BISSELL believes that it has not waived the covenant not to sue. *See Automobile Mechanics*, *supra*.

Dated: April 29, 2011

Respectfully submitted,

By: __/s/ David K. Callahan, P.C._____

Steven R. Gilford (IL Bar No. 3121730)
Catherine J. Spector (IL Bar No. 6287459)
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison, Ste. 3800
Chicago, Illinois 60602-4342
Telephone: (312) 962-3550
Facsimile:(312) 962-3551

Lawrence I. Weinstein *(admitted pro hac vice)*
Brendan J. O'Rourke *(admitted pro hac vice)*
Dolores F. DiBella *(admitted pro hac vice)*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

David K. Callahan, P.C. (IL Bar No. 6206671)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2182
*Attorneys for Plaintiff Dyson, Inc.*

*-and-*

By:   */s/ Uli Widmaier  (with permission)*

David C. Hilliard  (IL Bar No. 1217496)
Uli Widmaier (IL Bar No. 6226366)
Ashly A. Iacullo (IL Bar No. 6289801)
P<small>ATTISHALL</small>, M<small>C</small>A<small>ULIFFE</small>, N<small>EWBURY</small>,
H<small>ILLIARD</small> & G<small>ERALDSON</small>
311 South Wacker Drive, Suite 5000
Chicago, IL 60606
Telephone: (312) 554-8000
Facsimile:  (312) 554-8015
*Attorneys for Defendant BISSELL Homecare, Inc.*