**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                              Case Number:    10 Civ. 08126

DYSON, INC.,
Plaintiff,
v.
BISSELL HOMECARE, INC.,
Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Plaintiff, DYSON, INC.

| |
|---|
| NAME (Type or print) |
| Ann Marie T. Wahls |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Ann Marie T. Wahls |
| FIRM |
| Kirkland & Ellis LLP |
| STREET ADDRESS |
| 300 N. LaSalle |
| CITY/STATE/ZIP |
| Chicago, IL 606054 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275778 | 312-862-2000 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL          APPOINTED COUNSEL |