UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON, INC., | |
| Plaintiff, | Case No. 10-cv-8126 |
| v. | Judge Samuel Der-Yeghiayan |
| BISSELL HOMECARE, INC., | Magistrate Judge Maria Valdez |
| Defendant. | |

## NOTICE OF FILING

TO: Catherine J. Spector, Esq.  
Steven Ross Gilford, Esq.  
PROSKAUER ROSE LLP  
70 West Madison Street  
Suite 3800  
Chicago, Illinois 60602-4342

Brendan J. O'Rourke, Esq.  
Dolores Francesca Dibella, Esq.  
Lawrence I. Weinstein, Esq.  
PROSKAUER ROSE LLP  
Eleven Times Square  
New York, New York 10036

David K. Callahan  
Ann Marie T. Wahls  
Kirkland & Ellis, LLP  
300 N. LaSalle Street  
Chicago, Illinois 60654

PLEASE TAKE NOTICE that on May 2, 2011, Defendant, BISSELL Homecare, Inc. filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **BISSELL HOMECARE INC.'S RESPONSE TO DYSON'S MOTION TO COMPEL**, a copy of which is attached hereto and is hereby served upon you.

Dated: May 2, 2011

Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP

By: /s/ Uli Widmaier
David C. Hilliard
Uli Widmaier
Ashly A. Iacullo
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606
(312) 554-8000

*Attorneys for Defendant, BISSELL Homecare, Inc.*

356343v1

-2-

## CERTIFICATE OF SERVICE

I, Uli Widmaier, hereby certify that a copy of the foregoing **NOTICE OF FILING** and **BISSELL HOMECARE INC.'S RESPONSE TO DYSON'S MOTION TO COMPEL** were served electronically via the Court's CM/ECF system and by first class mail, postage prepaid, this 2nd day of May, 2011, upon the following parties:

Catherine J. Spector, Esq.
Steven Ross Gilford, Esq.
PROSKAUER ROSE LLP
70 West Madison Street
Suite 3800
Chicago, Illinois 60602-4342

Brendan J. O'Rourke
Dolores Francesca Dibella
Lawrence I Weinstein
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036

David K. Callahan
Ann Marie T. Wahls
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, Illinois 60654

/s/ Uli Widmaier