UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Dyson, Inc.
        Plaintiff,

v.               Case No.: 1:10−cv−08126
               Honorable Samuel Der−Yeghiayan

Bissell Homecare, Inc.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 3, 2011:

  MINUTE entry before Honorable Samuel Der−Yeghiayan: As stated on the record, Plaintiff's motion to compel [36] is stricken as moot. Defendant agreed to answer interrogatory No. 1 by 05/23/11 and the remainder interrogatories by 05/30/11. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.