**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Dyson, Inc. | ) | |
|     Plaintiff | ) | Case No: 10 C 8126 |
| | ) | |
| v. | ) | |
| | ) | Judge: Samuel Der-Yeghiayan |
| Bissell Homecare, Inc. | ) | |
|     Defendant | ) | |
| | ) | |

**ORDER**

Parties' joint motion to vacate the Court's Memorandum Opinion dated 06/14/13 [299] is granted. Parties' joint motion for entry of stipulation and for order of dismissal [301] is granted. The instant action is hereby ordered dismissed, with prejudice, pursuant to settlement. Each party to bear its own costs and fees, in accordance to the parties' settlement agreement. All pending dates and motions, if any, are stricken as moot. Civil case terminated.

Date: September 17, 2013        /s/ _Samuel Der-Yeghiayan_
                                                     Samuel Der-Yeghiayan
                                                     U.S. District Court Judge